| | AUSA: Ann Nee | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Tywonn Mitchell | Telephone: (313) 965-2325 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Nicholas Charles Toecker,

Case No.  2:25-mj-30639
Judge: Unassigned,
Filed: 10-12-2025 At 02:29 AM
CMP USA V. NICHOLAS TOECKER
(DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October of 2024 through May of 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a) | Sexual exploitation of a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent, Tywonn Mitchell, FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 10-10-2025

City and state: Detroit, Michigan

_____
Judge's signature

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Tywonn Mitchell, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since January 2025 and am currently assigned to the FBI Detroit Division, Macomb County Resident Agency. During my time as an agent, I have been trained in various investigative techniques. Prior to being employed as an FBI agent, I was employed as an Investigative Specialist with the FBI for approximately six years, where my duties included conducting physical and electronic surveillance for a variety of different violations. Furthermore, before I was an investigative specialist, I was an Operational Support Technician for approximately two years with the FBI. While employed by the FBI, I have helped investigate multiple federal criminal violations related to child exploitation, child pornography, and human trafficking. I have gained experience through training previous child exploitation investigations, the FBI Academy, during my previous FBI employment and from other experienced Special Agents conducting these types of investigations.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Nicholas Charles Toecker (XX/XX/1988) for violations of 18 U.S.C. § 2251(a) (sexual exploitation of a minor)

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents and state and local law enforcement officers which may include: written reports about this and other investigations that I have received, directly, or indirectly, from other law enforcement officers; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that Nicholas Charles Toecker has violated 18 U.S.C § 2251(a).

## PROBABLE CAUSE

4. In February of 2025, Ingham County Sheriff's Office (ICSO) received a complaint from the parent of a 15-year-old minor. The parent was going through her daughter's phone and came across messages between her and an unknown adult

male. The male was offering the minor drugs and vapes in exchange for sex and nude pictures. Once the mom learned about the nature of the messages, she immediately reported it to the ICSO.

5. An ICSO detective was assigned the case and interviewed the mother of the fifteen-year-old minor victim. While at the interview, the detective was able to look at the minor's phone. The detective was also able to see the Snapchat messages between the minor and the unknown male. Furthermore, the detective was able to locate a phone number and username that was associated with the unknown male's Snapchat account. Based off the phone number and username, the detective was able to associate Nicholas Charles Toecker (Toecker) to that account.

6. A forensic interview of the minor victim was conducted. During the forensic interview, the detective was able to confirm the identity of Nicholas Charles Toecker by the victim. The victim was able to identify Toecker by name and physical appearance.

7. During the investigation, MV1 was also identified, and a forensic interview was conducted. MV1 was able to identify Toecker by name and physical description. During the interview MV1 stated that she was fifteen years old when she met Toecker online in October 2024. MV1 stated that she had been having sexual intercourse with Toecker since approximately October 2024, with their most recent sexual encounter coming in May 2025. They would have sexual intercourse in a

specific location in Macomb County, Michigan, in the Eastern District of Michigan. MV1 stated that during the months of November or December, when she was 15 years old, Toecker and her recorded themselves having sexual intercourse in that Macomb County location. MV1 also stated that Toecker asked her to send him naked videos and images of herself and she complied.

8. On October 8, 2025, I met with the ICSO detective and reviewed evidence related to Toecker, including Snapchat returns for username "t[XXX]x" which was associated with Toecker during the investigation. During the review, I observed three videos of CSAM. The videos displayed MV1 and Toecker engaged in sexual acts. One video showed Toecker performing oral sex on MV1; while the other two showed Toecker's penis inserted into the vagina of MV1 while she was on top of him. The metadata showed that MV1 sent the videos to Toecker's Snapchat account on or about February 8, 2025. Furthermore, the metadata revealed Toecker saved those videos to his snapchat account. I reviewed the videos of MV1 and Toecker engaged in sexual intercourse and can confirm both of their identities and that this video meets the federal definition of child pornography, as defined under 18 U.S.C. § 2256(8).

9. The ICSO detective obtained access to the location in Macomb County, Michigan where MV1 stated that the videos were created. The location contained

identifying characteristics that were able to be matched up with videos of MV1 and Toecker engaging in sexual activity.

## CONCLUSION

10.    Based on the forgoing, there is probable cause to believe that Nicholas Charles Toecker has violated 18 U.S.C. § 2251(a) sexual exploitation of a minor.

Respectfully Submitted,

Tywonn Mitchell, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: 10-10-2025